UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office of Harvey I. Marcus(HM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 201-384-2200. Fax 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

In Re:

Cleve Lawrence
Debtor(s).

Case No.: __15-12579__

Chapter: __13__

Judge: __Gambardella__

## NOTICE OF REQUEST FOR LOSS MITIGATION – BY THE DEBTOR

I am/ We are the debtor(s) in this case and hereby request loss mitigation with respect to:

Property address: __1435 Clinton Ave, Irvington, NJ 07111__

Creditor is the holder of: ☑ first mortgage or ☐ second mortgage.

I/We will make adequate protection payments to the above creditor each month in the following amount during the loss mitigation period: See Loss Mitigation Program and Procedures, Section V.A.1.a and VII.B.

Creditor __Selence Finance__ Amount: $ __1667.40__ Due date: __3/1/2015__

☐ I/We request to be excused from using the Loss Mitigation Portal due to undue hardship as set forth in detail below:


I understand that if the court orders loss mitigation in this case I am required to comply with the Loss Mitigation Program and Procedures and will participate in good faith. I understand that Loss Mitigation is voluntary, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation, and understand that no other party is required to enter into any agreement or settlement with me. I also understand **that I am not required to request dismissal of this case as part of any resolution or settlement** that is offered or agreed to during the Loss Mitigation Period. **I also certify that the property in question consists only of real property in which I hold an interest used as a principal residence.**

Date: 2/25/15                                    _Cleve Lawrence_
                                                 Debtor

Date: _____                             _____
                                                 Joint Debtor (if any)

**Debtor Information:**

Print full name: Cleve Lawrence

Mailing address: 1435 Clinton Ave, Irvington, NJ 07111

Telephone number: 973-558-7245

Email address (if any): slappy104@gmail.com

**Debtor's Attorney Information:**

Name: Law Office of Harvey I. Marcus

Address: 250 Pehle Avenue, Suite 200, Saddle Brook, NJ 07663

Telephone number: 201-384-2200     Fax number: 888-565-0403

Email address (if any): him@lawmarcus.com

**Creditor Information: (if known)**

Name: Selence Finance

Address: 9990 Richmond, Ste 400 South, Houston, TX 77042-4546

Telephone number: 877-735-3637     Fax number: _____

Email address (if any): _____

**Creditor's Attorney Information: (if known)**

Name: Urden Law Offices, PC

Address: 111 Woodcrest Rd, Ste 200, Cherry Hill, NJ 08003

Telephone number: 856-669-5400     Fax number: _____

Email address (if any): _____

**Pursuant to Section V.A.1.a. of the Loss Mitigation Program and Procedures, the above named creditor has 14 days to file with the court, and serve on the debtor, debtor's attorney and trustee, an objection to this Request.**

*Revised 9/19/13*

2