UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Harvey I. Marcus (HM8635)
250 Pehle Avenue
Suite 200
Saddle Brook, NJ 078663
Tel. 201-384-2200
Fax. 888-565-0403
HIM@lawmarcus.com
Attorney for Debtor(s)

Case No. 15-12579
Adv. No.

In Re:
Cleve Lawrence,
                    Debtor(s).

Hearing Date:

Judge: Rosemary Gambardella

# ORDER
Approving Modification of Mortgage

04/08/02

**(Page 2)**

Debtor(s): Cleve Lawrence

Case No: 15-22062

Caption of Order: Order Approving Modification of Mortgage

    Upon consideration of Debtors' Motion and good cause appearing, it is

    ORDERED that the permanent mortgage modification agreement with Statebridge Company, LLC as attached to the moving papers, is approved

    The Chapter 13 Standing Trustee shall stop all disbursements to Statebridge Company, LLC

    The proof of claim of Statebridge Company, LLC and/or it predecessor Selene Finance shall be reduced to the amount paid by the Chapter 13 Standing Trustee prior to the date of the modification.

    An amended schedule J and a modified chapter 13 Plan shall be filed as appropriate.